```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )   Criminal No. 15cr10150
                           )
         v.                )   VIOLATIONS:
                           )   18 U.S.C. § 922(n) -
1. MITCHELL DANIELLS,      )   Possession of a Firearm by a
2. TIMOTHY BAILEY,         )   Person Under Indictment
                           )
         Defendants.       )   18 U.S.C. § 922(g)(1)-
                           )   Felon in Possession of a Firearm
                           )
```

INDICTMENT

COUNT ONE: (18 U.S.C. § 922(n) - Possession of a Firearm by a Person Under Indictment for a Felony Offense)

The Grand Jury charges that:

On or about March 28, 2015, in Pennsylvania, the District of Massachusetts, and elsewhere, the defendant,

1. MITCHELL DANIELLS,

defendant herein, knowing that he was under indictment for a crime punishable by imprisonment for a term exceeding one year, did knowingly receive a firearm that had been shipped and transported in interstate and foreign commerce, to wit, a Smith and Wesson, model SW9VE, 9mm pistol, bearing serial number PDY0665.

All in violation of Title 18, United States Code, Section 922(n).

COUNT TWO: (18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm)

The Grand Jury further charges that:

On or about March 30, 2015, at Boston, and elsewhere in the District of Massachusetts,

**2. TIMOTHY BAILEY**,

the defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit: a Smith and Wesson, model SW9VE, 9mm pistol, bearing serial number PDY0665.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
Glenn A. MacKinlay
Emily Cummings
ASSISTANT U.S. ATTORNEYS


DISTRICT OF MASSACHUSETTS                June 16, 2015


Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

C-16-15

3:05 pm

-3-